(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Josette L. Williams

_____
(Name of Plaintiff or Plaintiffs)

v.

Bob Evans

_____
(Name of Defendant or Defendants)

CIVIL ACTION No. 05 - 406

## COMPLAINT UNDER TITLE VII

## OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. $2000e-5. Equitable and other relief are also sought under 42 U.S.C. $2000e-5(g).

2. Plaintiff resides at Lot 20 Chris Dr.
(Street Address)
Millsboro   Sussex   Del   19966
(City)     (County)  (State) (Zip Code)
302 - 947 - 1346
(Area Code) (Phone Number)

3. Defendant resides at, or its business is located at Rt 1 Hwy 1
(Street Address)
Lewes   Sussex   Del   19958
(City)  (County) (State) (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's Bob Evans, place of business
(Defendant's Name)
located at Hwy 1 Rt 1 Lewes
(Street Address)
Lewes   Sussex   Del   19958.
(City)  (County) (State) (Zip Code)

5. The alleged discriminatory acts occurred on __14__ . __12__ . __02__
                                              (Day)   (Month)  (Year)

6. The alleged discriminatory practice  ○ is  ✗ is not continuing.

7. Plaintiff filed charges with the Department of Labor of the State of Delaware,
__INDustRial affairs__ ~ __Milford__
(Agency)        (Street Address)        (City)
__Sussex__   __Del__   __19962-__                                      , regarding
(County)  (State)  (Zip Code)
defendant's alleged discriminatory conduct on __14__ . __12__ . __02__ .
                                              (Day)   (Month)  (Year)

8. Plaintiff filed charges with the Equal Employment opportunity Commission of the United States
regarding defendant's alleged discriminatory conduct on: __12__ . __3__ . __04__ .
                                                         (Day)   (Month)  (Year)

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter
which was received by plaintiff on: __4__ . __24__ . __04__ .
                                    (Day)   (Month)  (Year)

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

    A.  ○  Failure to employ plaintiff.
    B.  ○  Termination of plaintiff's employment.
    C.  ○  Failure to promote plaintiff.
    D.  ✗  Other acts (please specify below)

The discrimation against my
Race, sex

11. Defendant's conduct is discriminatory with respect to the following:
   A. ☒ Plaintiff's race
   B. ☒ Plaintiff's color
   C. ☒ Plaintiff's sex
   D. ☐ Plaintiff's religion
   E. ☐ Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

*THEREFORE*, Plaintiff prays as follows: (Check appropriate letter(s))

   A. ☒ That all fees, cost or security attendant to this litigation be hereby waived.
   B. ☐ That the Court appoint legal counsel.
   C. ☐ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: June 17, 2005

_Lasitta L. Williams_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)