IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSETTE L. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-406-SLR |
| | ) |
| BOB EVANS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 12th day of July, 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is GRANTED.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and return to the clerk of court an **original** "U.S. Marshal-285" form for **the** defendant(s). **The plaintiff must also provide the court with one copy of the complaint (D.I. 2) for service upon the defendant(s). The plaintiff is notified that the United States Marshal will not serve the complaint until the "U.S. Marshal-285" form(s) has been received by the clerk of the court. Failure to provide the "U.S. Marshal-285" form(s) for each defendant within 120 days of this**

**order may result in the complaint being dismissed or defendant(s) being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3.  Upon receipt of the completed "U.S. Marshal-285" form(s), the United States Marshal shall serve a copy of the complaint (D.I. 2) and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

                                           /s/ Sue L. Robinson
                                           United States District Judge