05cv406SLR

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801-3570

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RETURNED TO SENDER
ATTEMPTED NOT KNOWN
INSUFFICIENT ADDRESS
NO SUCH STREET
FORWARDING OFFICE REFUSED
BU CLOSED
MOVED LEFT NO ADDRESS
POSTAL DROP EXPIRED
UNCLAIMED DUE
DECEASED
UNDELIVERABLE AS ADDRESSED NO ORDER
DO NOT REMAIL IN THIS ENVELOPE
IN MAIL RECEPTACLE - MIAMI

Joette Williams
Harrisburg, DE

U.S.M.S.
X-RAY



WILMINGTON DE
OCT 23 '05