05-406 (SLR)

I am writing the District
Court of Wilmington
to Let the office know
my address has change
my New add.

JOSETTE WILLIAMS.
27849 Chris DR.
Oak Orchard West
Millsboro Del 19966

FILED

NOV 16 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



$000.370
NOV 15 2005
PITNEY BOWES
0002506200
MAILED FROM ZIP CODE 19966

WILMINGTON DE
PM
15 NOV
2005

Janette Williams
27949 Chris Dr.
Oak Orchard West
Millsboro Del
19966

United States
District Court
844 N. King Street
Lockbox 18
Wilmington Del
19801-3570

FIRST CLASS MAIL