OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 23, 2005

TO: Josette L. Williams
27849 Chris Drive
Oak Orchard West
Millsboro, DE 19966

**RE: U.S. Marshal 285 Forms**
*Civil Action #05-406(SLR)*

Dear Ms. Williams:

Please be advised that this office has received the required U.S. Marshal 285 form for Bob Evans in the above referenced case.

The Clerk's Office is in receipt of USM 285 forms for Ki-Coleman, Steve Kuntz and Tina Harrington. Please be advised that it is unclear how you wish these forms to be treated. Please clarify your intentions for filing if necessary.

Your complaint along with the U.S. Marshal 285 form for Bob Evans will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
U.S. Marshal
Pro Se Law Clerk