IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSETTE L. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-406-SLR |
| BOB EVANS RESTAURANT, | ) |
| Defendant. | ) |

**O R D E R**

WHEREAS, plaintiff Josette L. Williams, filed a complaint on June 16, 2005 (D.I. 2);

WHEREAS, on January 5, 2006, an order was entered dismissing the complaint and giving plaintiff leave to amend the complaint within thirty days from the date of this order or the case would be closed (D.I. 7);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 2d day of March, 2006, IT IS ORDERED that the case is closed for failure to file an amended complaint.

UNITED STATES DISTRICT JUDGE